IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RONNIE BARNETT, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv-00036 |
| HIGMAN BARGE LINES, INC. | § § § | |
| Defendant. | § | |

## ORDER

After having considered the parties' Agreed Motion for Stay of Proceedings and the applicable law and facts, the Court hereby GRANTS the Motion. All proceedings in this case, including all of the scheduling deadlines set forth in the Court's Order of November 14, 2012 (*Docket No. 37*), are stayed effective immediately.

It is ORDERED that this case is administratively closed pending the conclusion of the parties' mediation and the interlocutory appeal arising out of the following case: *Coffin v. Blessey Marine Services, Inc.*, No. 4:11-cv-00214, S.D. Tex. (Atlas, J.).

DONE at Galveston, Texas this 17th day of June 2013.

John R. Froeschner
United States Magistrate Judge